IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JULIUS G. SANDERS,       )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>L. THOMPKINS, Sgt.,       )<br>                          )<br>     Defendant.          ) | CIVIL ACTION NO.<br>2:20cv551-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer assaulted him and lied to a nurse in order to have him placed in a suicide cell. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to file necessary financial information as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 12th day of November, 2020.**

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**