IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JULIUS G. SANDERS,         )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>L. THOMPKINS, Sgt.,         )<br>                            )<br>    Defendant.              ) | CIVIL ACTION NO.<br>2:20cv551-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to file necessary financial information as ordered by the court.

(3) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of November, 2020.

                                          /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE